```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NO MORE DEATHS et al.,                                           :
                                                                 :
                              Plaintiffs,                        :
                                                                 :    21 Civ. 954 (JPC)
            -v-                                                  :
                                                                 :    ORDER
UNITED STATES CUSTOMS AND                                        :
BORDER PROTECTION,                                               :
                                                                 :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 15, 2021, the Court ordered the parties to submit a status letter by November 17, 2021 regarding the status of Defendant's collection and production of documents to Plaintiffs in this Freedom of Information Act action. Dkt. 25. The parties failed to submit a status letter by the November 17, 2021 deadline. Accordingly, it is hereby ORDERED that, by November 24, 2021, the parties shall submit a status letter as set forth in the October 15, 2021 Order.

SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                          _____
                                                  JOHN P. CRONAN
                                          United States District Judge