```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NO MORE DEATHS et al.,                                                 :
                                                                       :
                                Plaintiffs,                            :
                                                                       :   21 Civ. 954 (JPC)
            -v-                                                        :
                                                                       :   ORDER
UNITED STATES CUSTOMS AND                                              :
BORDER PROTECTION,                                                     :
                                                                       :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 20, 2021, the Court ordered the parties to submit a status letter by May 20, 2022, regarding the status of Defendant's collection and production of documents to Plaintiffs in this Freedom of Information Act action. Dkt. 36. The parties failed to submit a status letter by the May 20, 2022 deadline. Accordingly, it is hereby ORDERED that, by May 24, 2022, the parties shall submit a status letter as set forth in the April 20, 2022 Order.

SO ORDERED.

Dated: May 23, 2022  
      New York, New York

                                      JOHN P. CRONAN  
                                    United States District Judge