```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
NO MORE DEATHS et al.,                            :
                                                  :
                        Plaintiffs,               :
                                                  :       21 Civ. 954 (JPC)
        -v-                                       :
                                                  :              ORDER
UNITED STATES CUSTOMS AND BORDER                  :
PROTECTION,                                       :
                                                  :
                        Defendant.                :
                                                  :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     Unless there is a matter that requires the Court's attention, the parties shall provide another status letter upon the completion of the production, or by December 29, 2023, whichever is sooner.

     SO ORDERED.

Dated: July 12, 2023  
       New York, New York

                                                       _____  
                                                              JOHN P. CRONAN  
                                                          United States District Judge